# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DAVID CHENG, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 1:11-cv-10007 |
| ) | |
| LAURA ROMO, M.D., ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S MOTION IN LIMINE TO PRECLUDE DEFENDANT FROM REFERENCING CLAIMS AT ISSUE IN PENDING RHODE ISLAND LITIGATIONS

Plaintiff David Cheng, M.D. ("Plaintiff" or "Cheng"), hereby submits this motion in limine to preclude defendant Laura Romo, M.D. ("Defendant" or "Cheng"), from referencing the allegations and claims at issue in two litigations pending in Rhode Island Superior Court, *Laura Romo, M.D. v. Roman Klufas, M.D., and Advanced Radiology, Inc.*, C.A. No. 08-7204, and *John D. Romo v. Roman A. Klufas, M.D., and Advanced Radiology, Inc.*, C.A. No. 09-0129.

Under Rule 403 of the Federal Rules of Evidence, "[t]he court may exclude relevant evidence if its probative value is substantially outweighed by a danger of one or more of the following: unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence." Reference to the allegations at issue in the Rhode Island cases would be unduly prejudicial. The allegations in those cases are disputed and have no bearing on the merits of this case. In addition, if Romo were permitted to introduce evidence regarding the Rhode Island litigations, it would confuse the jury and result in the parties trying the merits of those cases at this trial, which would multiply the scope of this case and be a waste of the parties' and the Court's time.

-2-

        DAVID CHENG, M.D.,

By his attorney,

        */s/ Zachary W. Berk*
Peter S. Brooks (BBO #058980)
pbrooks@saul.com
Zachary W. Berk (BBO #663575)
zberk@saul.com
SAUL EWING LLP
131 Dartmouth Street, Suite 501
Boston, MA  02116
Tel:  (617) 723-3300
Fax:  (617) 723-4151

DATED: April 5, 2013

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on April 5, 2013.

        */s/ Zachary W. Berk*
        Zachary W. Berk