UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID CHENG, M.D., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LAURA ROMO, M.D., )<br>)<br>Defendant. )<br>) | Civil Action No.:  1:11-cv-10007 |

**DEFENDANT'S ADDENDUM TO MOTION IN LIMINE TO
PRECLUDE EVIDENCE OF ALLEGED ACTUAL DAMAGES**

Defendant Laura Romo, M.D. files this Addendum to address a matter raised in her Motion in Limine to Preclude Evidence of Actual Damages, filed on April 5, 2013 ("Motion").

Page two of the Motion contains the following paragraph:

> Plaintiff was asked in Rule 34 requests for production to provide "Any and all documents that support Plaintiff's claim for damages in this action." *See* Defendant's First Request for Production of Documents by Plaintiff, Request No. 5.  Plaintiff responded "that he will produce all non-privileged documents responsive to this request."  Yet the actual documents produced – which Plaintiff's counsel segregated by request number – included no documents responsive to Request No. 5.  A copy of the pertinent portion of Plaintiff's Responses to Defendant's First Request for Production of Documents is attached hereto as Exhibit B.

In fact, Plaintiff's Responses to Defendant's First Request for Production of Documents did include documents purportedly responsive to Defendants' Request No. 5.  However, in their entirety, those documents consist of duplicative copies of the emails that Defendant accessed and printed from Plaintiff's email account and portions of Defendant's deposition transcripts taken in the matter *Romo v. Roman A. Klufas, M.D. and Advanced Radiology, Inc.,* C.A. No. 08-7204 (R.I. Super. Ct.).  These documents relate to Defendant's alleged liability in the

instant case, not any damages claimed by Plaintiff.  Accordingly, this oversight should have no substantive bearing on the Court's determination of the Motion.

        LAURA ROMO, M.D.,

        By her attorneys,

        /s/ Joseph V. Cavanagh, III
        Karen A. Pelczarski  (BBO No. 547667)
        Joseph V. Cavanagh, III (BBO No. 657671)
        BLISH & CAVANAGH LLP
        Commerce Center
        30 Exchange Terrace
        Providence, RI  02903-1765
        Telephone:  (401) 831-8900
        kap@blishcavlaw.com
        jvc3@blishcavlaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 11, 2013.

        /s/ Joseph V. Cavanagh, III