UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID CHENG, M.D., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 1:11-cv-10007 |
| LAURA ROMO, M.D., | ) |
| Defendant. | ) |

**PLAINTIFF'S PROPOSED VOIR DIRE QUESTION**

1. Have you ever used another person's login information to access their e-mail or other electronically stored information without that person's permission?

DAVID CHENG, M.D.,

By his attorney,

 */s/ Zachary W. Berk*
Peter S. Brooks (BBO #058980)
pbrooks@saul.com
Zachary W. Berk (BBO #663575)
zberk@saul.com
SAUL EWING LLP
131 Dartmouth Street, Suite 501
Boston, MA  02116
Tel:  (617) 723-3300
Fax:  (617) 723-4151

DATED: April 12, 2013

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on April 12, 2013.

 */s/ Zachary W. Berk*
Zachary W. Berk