**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| DAVID CHENG, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 1:11-cv-10007 |
| ) | |
| LAURA ROMO, M.D., ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S PROPOSED VOIR DIRE

Defendant Laura Romo, M.D. respectfully requests that the following proposed voir dire questions be submitted to the prospective jurors in this case in addition to any standard voir dire questions asked by the Court:

1. Do you own a computer?  If so, how many?

2. Do you currently have an active email address or account?

3. If no, have you ever had an email address?

4. How many emails do you estimate you send or receive on an average day?

5. Do you do any online shopping?

LAURA ROMO, M.D.,

By her attorneys,

/s/ Joseph V. Cavanagh, III
Karen A. Pelczarski  (BBO No. 547667)
Joseph V. Cavanagh, III (BBO No. 657671)
BLISH & CAVANAGH LLP
Commerce Center
30 Exchange Terrace
Providence, RI  02903-1765
Telephone:  (401) 831-8900
kap@blishcavlaw.com
jvc3@blishcavlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 12, 2013.

/s/ Joseph V. Cavanagh, III