UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID CHENG, M.D., <br><br>  Plaintiff, <br><br> v. <br><br> LAURA ROMO, M.D., <br><br>  Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No.: 1:11-cv-10007 |

## DEFENDANT'S EXHIBIT LIST

Defendant Laura Romo, M.D. submits the following list of proposed exhibits. Defendant reserves the right to supplement or revise this list up to or at the time of trial, including by entering as exhibits designated portions of deposition transcripts.

A. May 7, 2007 e-mail chain between Roman Klufas, M.D. and John Romo, M.D. (LR 009-011)

B. May 4, 2007 fax from Rebecca Loper to John Romo, M.D. (LR 011-12)

C. March 17, 2008 fax from David Cheng, M.D. to US Tech / Staff (LR 094-95)

D. March 13, 2007 e-mail from David Cheng, M.D. to John Romo, M.D. (LR 096)

E. August 30, 2007 incident report by John Romo, M.D. (LR 098)

F. February 24, 2004 R.I. Dist. Ct. Expungement Order (LR 184)

G. Advanced Radiology, Inc. Employee Policy and Procedures Manual (AR000001-40)

H. Advanced Radiology, Inc. Computer Use Policy (AR000044)

I. July 25, 2007 e-mail from Janet Thomas to John Romo, M.D. (LR-0038)

J.  July 26, 2007 e-mail chain between Laura Romo, M.D. and Krishanu Gupta, M.D. (LR-0039-0040)

K.  March, 2007 – May, 2008 emails between Laura Romo, M.D. and Bharti Khurana, M.D. (LR 015-24)

L.  April, 2005 – August, 2006 emails between Laura Romo, M.D. and John Carrino, M.D. (LR 026-47)

M.  September 1, 2003 letter by Patricia Cunningham (Cunningham Depo. Ex. 2)

N.  July 25, 2007 email from John Romo, M.D. to Roman Klufas, et al. (AR 000841-851)

O.  August 1, 2007 e-mail chain between John Tkach and John Romo, M.D. (LR-0045)

P.  August 6, 2007 memorandum by John Romo, M.D. (LR-0046)

Q.  August 6, 2007 e-mail from Roman Klufas, M.D. to Laura Romo, M.D., et al. (LR-0047)

R.  August 6, 2007 e-mail chain between Roman Klufas, M.D. to John Romo, M.D. (LR-0048)

S.  August 16, 2007 e-mail chain between Laura Romo, M.D. and Janet Thomas (LF-0057)

T.  August 20, 2007 e-mail from Katherine Lagor to Laura Romo, M.D. (LR-0058)

U.  August 22, 2007 e-mail chain between Katherine Lagor and Laura Romo, M.D. (LR-0059)

V.  August 27, 2007 e-mail from Katherine Lagor to Laura Romo, M.D. (LR-0060)

W.  August 27, 2007 e-mail chain between Laura Romo, M.D. and Katherine Lagor (LR-0064)

X.  August 27, 2007 e-mail chain between Laura Romo, M.D. and Katherine Lagor (LR-

0065)

Y.  September 5, 2007 email from Janet Thomas to Laura Romo, M.D. and John Romo, M.D. (LR-0066)

Z.  September 12, 2007 email from Roman Klufas, M.D. to John Romo, M.D. (LR-0067)

AA. September 13, 2007 email from Roman Klufas, M.D. to John Romo, M.D. (LR-0068)

BB. Advanced Radiology, Inc. HIPAA Employee Compliance Program Training Manual (LR 106-142)

CC. September 15, 2007 email/letter from John Romo, M.D. to Roman Klufas, M.D. (LR0070-71)

DD. September 15, 2007 email chain between John Romo, M.D. and Roman Klufas, M.D. (LR-0072)

EE. September 21, 2007 letter from Janet Thomas to John Romo, M.D. and Laura Romo, M.D. (LR-0075)

FF. April 7, 2008 email chain between John Romo, M.D. and Roman Klufas, M.D. (LR-0106)

GG. September 13, 2007 letter from John Romo, M.D. to Roman Klufas, M.D. (LR-0255)

HH. September 19, 2007 John Romo, M.D. incident report

II. September 13, 2007 email from Laura Romo, M.D. to David Cheng, M.D. (AR 004050-4052)

LAURA ROMO, M.D.,

By her attorneys,

/s/ Joseph V. Cavanagh, III
Karen A. Pelczarski  (BBO No. 547667)
Joseph V. Cavanagh, III (BBO No. 657671)
BLISH & CAVANAGH LLP
Commerce Center
30 Exchange Terrace
Providence, RI  02903-1765
Telephone:  (401) 831-8900
kap@blishcavlaw.com
jvc3@blishcavlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 15, 2013.

/s/ Joseph V. Cavanagh, III