# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DAVID CHENG, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Civil Action No.: 1:11-cv-10007 |
| ) | |
| LAURA ROMO, M.D., ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S PROPOSED VERDICT FORM

We the jury render our verdict as follows:

I. Stored Communications Act

    a. Did Laura Romo violate the Stored Communications Act (18 U.S.C. § 2701 *et seq.*)?

    YES_____                                              NO_____

II. Massachusetts Privacy Act

    a. Did Laura Romo violate the Massachusetts Privacy Act (M.G.L. c. 214, § 1B)?

    YES_____                                              NO_____

III. Damages

    a. If you answered "YES" to either question I(a) or II(a), or both, then what sum of money, if any, will fairly and adequately compensate David Cheng for the actual damages he has sustained?

        Amount in words: _____
        Amount in numbers: $_____

    b. If you answered "YES" to question I(a), please state the number of times you find that Laura Romo violated the Stored Communications Act:

        _____

c. If you answered "YES" to question I(a), then what is the amount of punitive damages, if any, to which you find David Cheng is entitled:

Amount in words: _____
Amount in numbers: $ _____

|  |  |
|---|---|
|  | DAVID CHENG, M.D., |
|  | By his attorney, |
|  | */s/ Zachary W. Berk* |
|  | Peter S. Brooks (BBO #058980) |
|  | pbrooks@saul.com |
|  | Zachary W. Berk (BBO #663575) |
|  | zberk@saul.com |
|  | SAUL EWING LLP |
|  | 131 Dartmouth Street, Suite 501 |
|  | Boston, MA  02116 |
|  | Tel:  (617) 723-3300 |
| DATED: April 23, 2013 | Fax:  (617) 723-4151 |

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on April 23, 2013.

*/s/ Zachary W. Berk*
Zachary W. Berk