UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID CHENG, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 1:11-cv-10007 |
| ) | |
| LAURA ROMO, M.D., ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S SUPPLEMENTAL PROPOSED JURY INSTRUCTIONS**

Defendant Laura Romo, M.D. submits the following supplemental proposed jury instructions which shall supplement Defendant's Proposed Jury Instructions filed on April 12, 2013 (Document No. 49). Plaintiff proposes that those instructions be supplemented to include the additional instruction set forth below:

"In determining whether Defendant intentionally exceeded an authorization to access Plaintiff's email account '[i]t is appropriate for [you] to consider evidence of whether [Defendant] understood herself to be authorized or what she considered to be the scope of her authorization.'" *Cheng v. Romo*, C.A. No. 11-10007-DJC, 2012 U.S. Dist. LEXIS 169535, *14 (D. Mass., Nov. 28, 2012).

LAURA ROMO, M.D.,

By her attorneys,

/s/ Joseph V. Cavanagh, III
Karen A. Pelczarski  (BBO No. 547667)
Joseph V. Cavanagh, III (BBO No. 657671)
BLISH & CAVANAGH LLP
Commerce Center
30 Exchange Terrace
Providence, RI  02903-1765
Telephone:  (401) 831-8900
kap@blishcavlaw.com
jvc3@blishcavlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 23, 2013.

/s/ Joseph V. Cavanagh, III