UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID CHENG, M.D., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LAURA ROMO, M.D., )<br>)<br>Defendant. ) | Civil Action No.<br>11-cv-10007-DJC |

## JURY VERDICT FORM

We, the jury, find:

### As to Count I, the Stored Communications Act Claim

1. Do you find that Plaintiff, Dr. Cheng, met his burden of proving by a preponderance of the evidence that Defendant, Dr. Romo, violated the Stored Communications Act, 18 U.S.C. §§ 2701, 2707?

    Yes ✓   No ___

### As to Count II, the Massachusetts Privacy Act Claim

2. Do you find that Plaintiff, Dr. Cheng, met his burden of proving by a preponderance of the evidence that Defendant, Dr. Romo, violated the Massachusetts Privacy Act, Mass. Gen. L. c. 214, § 1B?

    Yes ✓   No ___

*If you answered Yes to either or both Question No. 1 and Question No. 2 above, please proceed to questions below. If you answered No to both Question No. 1 and Question No. 2, please skip the questions below and have the foreperson sign and date this form.*

### Damages

3. Do you find that Plaintiff, Dr. Cheng, proved by a preponderance of the evidence that he suffered actual damages as a result of the conduct of the Defendant, Dr. Romo?

    Yes ✓   No ___

4. If you answered Yes to Question 3, what sum of money, if any, will fairly and adequately compensate Plaintiff, Dr. Cheng, for his actual damages? Please state the amount of damages, if any, in words and numbers below.

$ __Two hundred thousand__ Dollars
 (Amount in Words)

$ __200,000__
 (Amount in Figures)

4A. If you awarded any actual damages in response to Question 4 above, indicate what portion of that award listed above, if any, was to compensate Plaintiff, Dr. Cheng for his actual damages for the unauthorized access (or access in excess of authorization) of his e-mail account by Defendant, Dr. Romo?

$ __fifty thousand__ Dollars of Amount in Question 4
 (Amount in Words)

$ __50,000__ Dollars of Amount in Question 4
 (Amount in Figures)

4B. If you awarded any actual damages in response to Question 4 above, indicate what portion of that award listed above, if any, was to compensate Plaintiff, Dr. Cheng, for the subsequent dissemination of e-mails from his e-mail account by Defendant, Dr. Romo?

$ __One hundred fifty thousand__ Dollars of Amount in Question 4
 (Amount in Words)

$ __150,000__ Dollars of Amount in Question 4
 (Amount in Figures)

5. If you answered Yes to Question 1 above, regarding the Stored Communications Act claim, please state the number of times that Dr. Romo violated the Stored Communications Act:

__five__
(Number in Words)

__5__
(Number in Figures)

6. Do you find that Plaintiff, Dr. Cheng, proved by a preponderance of evidence that Defendant, Dr. Romo, willfully and intentionally accessed Dr. Cheng's email account

2

without authorization or in excess of authorization?

Yes ✓  No ___

7. If you answered Yes to Question No. 6, what, if any, punitive damages do you award to Plaintiff, Dr. Cheng?

$ __One hundred twenty five thousand__ Dollars
(Amount in Words)

$ __125,000__
(Amount in Figures)

The undersigned foreperson of the jury hereby certifies that the members of the jury agree to the above findings.

__4/26/13__  _____
DATE        FOREPERSON'S SIGNATURE

3