# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DAVID CHENG, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 1:11-cv-10007 |
| ) | |
| LAURA ROMO, M.D., ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS

Plaintiff David Cheng, M.D. ("Plaintiff" or "Cheng") hereby moves this Court for an Order that Defendant Laura Romo, M.D. ("Defendant" or "Romo") pay to him the reasonable attorneys' fees and costs he has incurred in connection with the prosecution of his claim under the Stored Communications Act ("SCA"), 18 U.S.C. § 2701 *et seq.* Pursuant to § 2707(b)(3), Cheng is entitled to an award of his reasonable attorneys' fees and costs from Romo as a result of the jury's verdict in Plaintiff's favor on the SCA claim. Accordingly, Cheng requests that the Court award to him, and direct Romo to pay, the $244,688.53 of attorneys' fees and costs, plus interest, that he has incurred in connection with this case, or any other amount the Court deems appropriate.

This motion is further supported by Plaintiff's Memorandum In Support Of His Motion For Attorneys' Fees And Costs and the Affidavit of Peter S. Brooks submitted herewith.

-2-

|  |  |
|---|---|
|  | DAVID CHENG, M.D., |
|  | By his attorney, |
|  |    */s/ Zachary W. Berk* |
|  | Peter S. Brooks (BBO #058980) |
|  | pbrooks@saul.com |
|  | Zachary W. Berk (BBO #663575) |
|  | zberk@saul.com |
|  | SAUL EWING LLP |
|  | 131 Dartmouth Street, Suite 501 |
|  | Boston, MA  02116 |
|  | Tel:  (617) 723-3300 |
| DATED: May 10, 2013 | Fax:  (617) 723-4151 |

## CERTIFICATE OF SERVICE

   I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on May 10, 2013.

                                            */s/ Zachary W. Berk*
                                               Zachary W. Berk