# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID CHENG, M.D., <br><br> Plaintiff, <br><br> v. <br><br> LAURA ROMO, M.D., <br><br> Defendant. | Civil Action No.: 1:11-cv-10007 |

## PLAINTIFF DAVID CHENG, M.D.'S
## SUPPLEMENTAL APPLICATION FOR ATTORNEY'S FEES

Plaintiff David Cheng, M.D. hereby submits this supplemental application for attorneys' fees seeking to amend the Court's prior attorney fee award to include the attorneys' fees and costs incurred by Dr. Cheng in connection with this case from June 1, 2013 through August 31, 2014. This supplemental application is supported by the Affidavit of Peter S. Brooks submitted herewith.

As grounds for this request, Dr. Cheng states that he has incurred $82,196.83 of attorneys' fees and costs in connection with this case since his last fee submission to the Court was made on September 19, 2013, which addressed fees billed through May 30, 2013. (*See* Docket Entry No. 94-1.) The Court subsequently granted Dr. Cheng's motion for attorneys' fees and awarded him fees in the amount of $241,073.03. The fees requested pursuant to this supplemental fee application were neither previously submitted to the Court nor considered by the Court. As is set forth in more detail in the legal bills attached to the Brooks affidavit, Dr. Cheng's request for an additional attorneys' fee award related to, among other things, services incurred in connection with post-trial motions and collection efforts. For the same reasons set forth in Dr. Cheng's prior motion for attorneys' fees and the Court's March 6, 2014

Memorandum and Order granting that motion, Dr. Cheng hereby requests that the judgment in this case be amended to include the additional $82,196.83 of attorneys' fees and costs incurred in connection with this case.

DAVID CHENG, M.D.,

By his attorney,

/s/ Peter S. Brooks
Peter S. Brooks (BBO #058980)
pbrooks@saul.com
Zachary W. Berk (BBO #663575)
zberk@saul.com
SAUL EWING LLP
131 Dartmouth Street, Suite 501
Boston, MA 02116
Tel: (617) 723-3300
Fax: (617) 723-4151

DATED: October 10, 2014

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on October 10, 2014.

/s/ Zachary W. Berk
Zachary W. Berk